IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

KELVIN WILLIAMS,

    Plaintiff,

vs.

STATE OF GEORGIA; GEORGIA
DEPARTMENT OF CORRECTIONS;
JAMES DONALD, Commissioner;
JAMES L. ALLEN; AMY PATALUNA;
RANDALL HOLDEN, and LARRY
COPELAND,

    Defendants.

CIVIL ACTION NO.: CV506-013

## ORDER

Plaintiff's "Motion for Copies of All Motions, and Exhibits" at no charge, is **DENIED**.

**SO ORDERED**, this 6th day of July, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)