IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2006 SEP 25  A 10: 59

CLERK _____
SO. DIST. OF GA.

KELVIN WILLIAMS,

    Plaintiff,

vs.

STATE OF GEORGIA; GEORGIA DEPARTMENT OF CORRECTIONS; JAMES DONALD, Commissioner; JAMES L. ALLEN; AMY PATALUNA; RANDALL HOLDEN, and LARRY COPELAND,

    Defendants.

CIVIL ACTION NO.: CV506-013

### ORDER

Plaintiff has filed a Motion for Copies of motions, documents and exhibits from the Clerk. He also asks that payment for the copies be assessed "in concurrence with (Plaintiff's) in forma pauperis status." Plaintiff's motion is **DENIED**.

**SO ORDERED**, this 25th day of September, 2006.

_____
JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)