```
                                                      FILED
                                                 U.S. DISTRICT COURT
                                                   SAVANNAH DIV.
         IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF GEORGIA      2006 NOV -6  AM 11:29
                   WAYCROSS DIVISION
                                                 CLERK _____
                                                  SO. DIST. OF GA.
```

KELVIN WILLIAMS,

     Plaintiff,

vs.                                       CIVIL ACTION NO.: CV506-013

STATE OF GEORGIA; GEORGIA
DEPARTMENT OF CORRECTIONS;
JAMES DONALD, Commissioner;
JAMES L. ALLEN; AMY PATALUNA;
RANDALL HOLDEN, and LARRY
COPELAND,

     Defendants.

## O R D E R

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Defendants' Pre-Answer Motion to Dismiss is **DENIED**. Defendants shall file their answer to Plaintiff's complaint within twenty (20) days of the date of this Order.

SO ORDERED, this 6th day of November, 2006.

/s/ William T. Moore, Jr.
WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)